IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ORVIL D. LOFTIS,**
**ADC #103901**                                                                                          **PLAINTIFF**

v.                    Case No. 5:16-cv-00076-KGB-JTR

**JEREMY EDWARDS,**
**Correctional Officer,**
**Delta Regional Unit, ADC, et al.**                                         **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that plaintiff Orvil D. Loftis's 42 U.S.C. § 1983 claims are dismissed without prejudice, and his pendent negligence claim is dismissed with prejudice.

So adjudged this 21st day of February, 2017.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge